(76 South. 990)

EUTAW ICE, WATER & POWER CO. v. McGEE.    (2 Div. 161.)

(Court of Appeals of Alabama.    June 30, 1917. Rehearing Denied Nov. 13, 1917.)

APPEAL AND ERROR ⊕509—SERVICE OF CITATION—NECESSITY.

The record not showing any citation or notice of appeal was issued or served on an adverse party, as required by Code 1907, § 2881, and no appearance being entered by or for any one as appellee, appeal must be dismissed.

Appeal from Circuit Court, Greene County; A. S. Van de Graaf, Judge.

Mandamus by Mrs. Carrie McGee against the Eutaw Ice, Water & Power Company. From an adverse judgment, respondent appeals. Appeal dismissed.

The petitioner in the circuit court (appellee here) filed her petition in the circuit court of Greene county against the appellant, praying a writ of mandamus to compel the appellant (respondent in the court below) requiring it to do certain things. From a judgment awarding the writ as prayed, respondent appeals.

R. B. Evins, of Greensboro, for appellant. Harwood, McKinley, McQueen & Aldridge, of Eutaw, for appellee.

SAMFORD, J.  The record fails to show that any citation or notice of appeal was issued or served upon any adverse party as required by Code, § 2881, and no appearance is entered in this court by or for any one as appellee. There is not before this court any adverse party against whom judgment could be rendered in the event of a reversal. Miller v. Parker, 47 Ala. 312. Therefore, under authority of section 2881 of the Code, Williams v. Harper, 95 Ala. 610, 10 South. 327, and Frierson v. Haley, 1 Ala. App. 576, 55 South. 429, and authorities there cited, the appeal in this cause must be dismissed. But on the merits, see Birmingham Waterworks Co. v. Carrie Brooks, ante, p. 209, 76 South. 515, and Ex parte Brooks, 200 Ala. 697, 76 South. 995.

Appeal dismissed.

---

⊕═►For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes